UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2025
```

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

ANTHONY NORTHOVER,

                Defendant.

25 Cr. 087 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The status conference scheduled for April 4, 2025 at 10:00 am will be held in Courtroom 24B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:    31 March 2025
             New York, New York

                                            _____
                                                Victor Marrero
                                                  U.S.D.J.