```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

ANTHONY NORTHOVER,

                Defendant.

25 Cr. 087 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The initial conference scheduled for April 4, 2025, is hereby adjourned until May 9, 2025, at 11:00 AM. All parties to this action consent to an exclusion of time from the Speedy Trial Act until May 9, 2025.

    Upon the motion of the Government, and no objection from Defendant, it is hereby ordered that time until May 9, 2025, shall be excluded from speedy trial calculations to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(A) & (B)(i) and (iv).

**SO ORDERED.**

Dated:    4 April 2025
            New York, New York

                                          _____
                                          Victor Marrero
                                          U.S.D.J.