**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2025
```

UNITED STATES OF AMERICA,

                  Plaintiff,

- against -

ANTHONY NORTHOVER,

                  Defendant.

**25 Cr. 087 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The initial conference scheduled for June 13, 2025, is hereby adjourned until June 27, 2025, at 10:00 AM. It is hereby ordered that time until June 27, 2025, shall be excluded from speedy trial calculations to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(A) & (B)(i) and (iv).

**SO ORDERED.**

Dated:    12 June 2025
            New York, New York

                                                  _____
                                                  Victor Marrero
                                                  U.S.D.J.