**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2025
```

UNITED STATES OF AMERICA,

                Plaintiff,

       - against -

ANTHONY NORTHOVER,

                Defendant.

**25 Cr. 087 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules a conference on September 12, 2025, at 11:00 AM to address the ineffective assistance of counsel allegations raised in the Defendant's letter dated August 18, 2025, which the Court received on September 2, 2025.

**SO ORDERED.**

Dated:    3 September 2025
         New York, New York

Victor Marrero
U.S.D.J.