```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

ANTHONY NORTHOVER,

                Defendant.

25 Cr. 087 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Court scheduled a substitution of counsel hearing on September 12, 2025, at 11:00 AM. However, the Court had to adjourn the conference because the on-duty CJA counsel failed to appear. The Court hereby reschedules the conference for September 19, 2025, at 1:00 PM.

**SO ORDERED.**

Dated:    12 September 2025
            New York, New York

*Victor Marrero*
U.S.D.J.