**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

               Plaintiff,

- against -

ANTHONY NORTHOVER,

               Defendant.

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2025
```

**25 Cr. 087 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

On September 19, 2025, the Court granted the Defendant's request for substitution of counsel and directed the parties to confer and promptly submit a revised motion schedule. (See Dkt. Minute Entry on Sept. 19, 2025.) To date, the parties have not submitted a revised motion schedule. Accordingly, the parties are hereby directed to submit a proposed motion schedule within seven (7) days of this Order.

**SO ORDERED.**

Dated:    3 October 2025
            New York, New York

                                                        _____
                                                         Victor Marrero
                                                         U.S.D.J.