USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/3/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

       - against -

ANTHONY NORTHOVER,

             Defendant.

---

**25 Cr. 087 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference currently scheduled for March 13, 2026, is hereby adjourned until April 10, 2026, at 2:00 p.m. The Defendant consents to an exclusion of time from the Speedy Trial Act until April 10, 2026.

It is hereby ordered that time until April 10, 2026, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public in a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    3 March 2026
         New York, New York

               _____
                    Victor Marrero
                    U.S.D.J