USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/2/26___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

           - against -

ANTHONY NORTHOVER,

               Defendant.

---

**25-CR-087 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

A conference in this matter is scheduled for May 8, 2026. The Government has moved to exclude time from Speedy Trial calculations through May 8, 2026. (See Dkt. No. 45.) The Government advises that an exclusion of time is warranted "so that the Defendant can continue reviewing discovery and the parties can discuss a potential pre-trial resolution and/or prepare for trial." (Id.)

It is hereby ordered that time until May 8, 2026, shall be excluded from Speedy Trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. For the reasons provided by the Government, the Court finds that the value of this exclusion outweighs the best interests of the Defendant and the public in a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    2 May 2026
          New York, New York

_____
        Victor Marrero
        U.S.D.J.