USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/14/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

          - against -

ANTHONY NORTHOVER,

              Defendant.

---

**25-CR-087 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

At the May 8, 2026, conference in this matter, the Court granted the parties' request to submit a joint proposed schedule for pretrial submissions. The parties are hereby directed to submit a proposed schedule for pretrial submissions within five (5) days of the date of this Order. The parties are directed to review this Court's Trial Procedures for the required pretrial submissions in criminal cases.

**SO ORDERED.**

Dated:    14 May 2026
          New York, New York

_____
          Victor Marrero
          U.S.D.J.