USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_5/27/26_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>ANTHONY NORTHOVER,<br><br>Defendant. | **25-CR-087 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Defendant has informed the Court of his intent to change his plea and enter a plea of guilty to the indictment. Accordingly, the Court hereby stays all pretrial filing deadlines pending resolution of the Defendant's change of plea.

The Court refers the change of plea to the Magistrate Court.

**SO ORDERED.**

Dated:    27 May 2026
          New York, New York

_____
          Victor Marrero
          U.S.D.J.