**Crowell**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/1/26__

**Kelly T. Currie**
KCurrie@crowell.com
(212) 895-4257  direct

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000  main
+1.212.223.4134  fax

**BY ECF**

June 1, 2026

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. Anthony Northover* **(25-CR-87-VM)**

Dear Judge Marrero:

We represent Mr. Northover in the above-referenced matter.  We write to advise the Court that although a change of plea hearing was scheduled for today before Magistrate Judge Stein, Mr. Northover has advised counsel that he requires additional time to consider his decision to change his plea.  In light of these circumstances, the parties jointly propose the following pretrial deadlines in advance of trial in this matter, which is scheduled for June 15, 2026:

- June 1, 2026:  Both parties to file motions *in limine* and provide expert notice.
- June 5, 2026:  Both parties to file oppositions to motions *in limine*.
- June 5, 2026:  Both parties to file joint proposed requests to charge and joint proposed voir dire questions.
- June 10, 2026:  Government to produce 3500 material.  Both parties to exchange preliminary exhibits and exhibit lists; defense to produce Rule 26.2 material and Rule 16 material.

Accordingly, and in the interest of facilitating the parties' preparations for trial, the parties respectfully request that the Court endorse this letter and set the aforementioned deadlines.  Counsel for Mr. Northover will apprise the Court promptly should Mr. Northover be prepared to enter a guilty plea. The Government consents to the above schedule.

Respectfully submitted,

*/s/ Kelly T. Currie*

Kelly T. Currie
KCurrie@crowell.com
(212) 895-4257

*Counsel for Defendant Anthony Northover*



cc: Assistant U.S. Attorneys Rebecca T. Dell, Dana R. McCann, and Jun Xiang (by ECF and email)



Request **GRANTED.**

The Defendants' request is granted. The
parties are hereby ordered to abide by
the above stipulated briefing schedule.

**SO ORDERED.**

6/1/26

DATE     VICTOR MARRERO, U.S.D.J.