USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/15/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANTHONY NORTHOVER,

Defendant.

**ORDER**

25 Cr. 87 (VM)

WHEREAS, with the consent of defendant Anthony Northover, the defendant's guilty plea allocution was taken before United States Magistrate Judge Stein on June 5, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated *Pimentel* letter, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for: September 18, 2026, at 2:00 p.m.

**SO ORDERED.**

Dated:       June 15, 2026
             New York, New York

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK