USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

ANTHONY NORTHOVER,

Defendant.

**25 CR 087 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The conference in this matter scheduled for August 14, 2026, at 11:00 AM, will take place in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse.

**SO ORDERED.**

Dated: 14 August 2026
New York, New York

Victor Marrero
U.S.D.J.