**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________
DATE FILED: 9/17/26

September 15, 2026

**BY ECF AND EMAIL**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Anthony Northover*, 25 Cr. 87 (VM)**

Dear Judge Marrero:

In accordance with the Court's August 25, 2026, order, and on behalf of the parties, the Government respectfully submits this letter motion to redact portions of the transcript of the August 14, 2026, conference with the defendant's consent. (Dkt. 67, 68). A copy of the transcript of the August 14, 2026, conference with the parties' proposed redactions is attached as Exhibit A. The Government respectfully requests that Exhibit A be filed under seal.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Dana R. McCann / Rebecca T. Dell
Assistant United States Attorney
Tel: (212) 637-2308 / 2198

cc: Counsel for Defendant Anthony Northover (by ECF and email)
Sharonda Jones, Court Reporter

Request **GRANTED**.

**SO ORDERED.**

9/17/26
DATE

VICTOR MARRERO, U.S.D.J.